IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>FERNANDO MARTINEZ,<br><br>              Defendant. | 4:14CR3049<br><br>MEMORANDUM AND ORDER |

The defendant faces charges for a drug-related crime with a potential sentence of ten or more years in prison.  Upon consideration of the defendant's criminal record (which includes felony firearm offenses, domestic assault, resisting arrest, felony escape, obstructing an officer, and numerous offenses for driving under suspension), and his lack of any employment for over a year before his federal arrest, the court finds the defendant's release poses a substantial risk of harm to the public and a risk of flight.

Accordingly

IT IS ORDERED that the defendant's motion to require pretrial services to investigate Defendant's release to attend intensive outpatient substance abuse treatment while living with his sister and her family in Crete, (Filing No. 20), is denied without a hearing.

June 17, 2014.

                                                                                            BY THE COURT:

                                                                                            *s/ Cheryl R. Zwart*<br>
                                                                                            United States Magistrate Judge