IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CR3049 |
| | ) | |
| v. | ) | |
| | ) | |
| FERNANDO MARTINEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the United States Marshals Service shall return the defendant to the district for his August 23, 2016 resentencing hearing.

DATED this 13th day of July, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge